**FILED & ENTERED**

OCT 15 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Donald Davies<br>Pamela Monroe Davies<br><br>                         Debtor(s). | CHAPTER 7<br><br>Case No.:  1:10-bk-23817-GM<br>Adv No:    1:11-ap-01070-GM<br><br>**JUDGMENT DECLARING INDEBTEDNESS PARTIALLY NONDISCHARGEABLE AS TO DONALD KEVIN DAVIES AND DISCHARGEABLE AS TO PAMELA MONROE DAVIES (EXCEPT AS TO COMMUNITY PROPERTY), PURSUANT TO 11 U.S.C. §523(a)(4)&(a)(6)** |
| Paul W Herbert<br><br>                         Plaintiff(s),<br>     v.<br><br>Donald Davies, Pamela Monroe Davies<br><br>                         Defendant(s). | |

   For the reasons stated in the Court's Memorandum of Decision, which is being filed in conjunction with this judgment:

-1-

Pursuant to 11 U.S.C. §523(a)(4)&(a)(6), (i) $497,058 of Donald Kevin Davies' indebtedness to Paul W. Herbert is not discharged and (ii) Pamela Monroe Davies' indebtedness to Paul W. Herbert is discharged.

However, pursuant to 11 U.S.C. §524, Donald Kevin Davies' nondischargeable indebtedness of $497,058 will also be nondischargeable against the post-petition, as well as pre-petition, community property of Donald Kevin Davies and Pamela Monroe Davies.

Interest on this $497,058 will accrue at the rate of .27% per annum (which is $3.67/day) commencing on October 16, 2015 (with such interest to be compounded and reset annually, pursuant to 11 U.S.C. §1961).

###

Date: October 15, 2015

Geraldine Mund
United States Bankruptcy Judge